

# Fourth Court of Appeals
## San Antonio, Texas

September 22, 2015

No. 04-15-00561-CV

**SPECIALTY SELECT CARE CENTER OF SAN ANTONIO, L.L.C**. d/b/a Casa Rio
Healthcare and Rehabilitation,
Appellant

v.

Helen Arlene **OWEN**, Individually and on Behalf of All Wrongful Death Beneficiaries of Lily
Mines, Deceased; Helen Bomar, as Wrongful Death Beneficiary and on Behalf of the Estate of
Frank Bomar, Deceased; Trinidad Virginia Luna Rangel and Ted Richard Luna,
Appellees

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-13633
Honorable David A. Canales, Judge Presiding

# O R D E R

This is an accelerated appeal from the trial court's order denying a motion to compel arbitration. Appellant timely filed its notice of appeal on September 8, 2015. Accordingly, the reporter's record was due ten days later on September 18, 2015. *See* TEX. R. APP. P. 26.1(b), 35.1(b). According to appellant's docketing statement, the reporter's record was requested on August 31, 2015. However, neither the record nor a notification of late record has been filed.

We therefore **ORDER** Luis Duran Jr., the court reporter, to file the reporter's record in this court on or before **October 2, 2015**. We **order** the clerk of this court to serve a copy of this order on all counsel and the court reporter. In addition, because "[t]he trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed," TEX. R. APP. P. 35.3(c), we also **order** the clerk of this court to serve a copy of this order on the trial court.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of September, 2015.



Keith E. Hottle
Clerk of Court